1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  MICHELLE CAI (CSB NO. 238838)
   mcai@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Plaintiffs
   YMAX CORPORATION, YMAX
8  COMMUNICATIONS CORP., MAGICJACK LP,
   TIGER JET NETWORKS, INC., and STRATUS
9  TELECOMMUNICATIONS LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGER JET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC,<br><br>              Plaintiffs,<br><br>v.<br><br>AT&T CORP.,<br><br>              Defendant. | Case No. 10 CV 00932 (PVT)<br><br>**STIPULATION AND [XXXXXXXXXXXXX] ORDER TO CONTINUE TIME FOR DEFENDANT AT&T CORP.'S RESPONSE TO COMPLAINT**<br><br>**Local Rule 6-1** |

WHEREAS, Plaintiffs YMax Corporation, YMax Communications Corp., Magicjack LP, Tiger Jet Networks, Inc. and Stratus Telecommunications LLC filed a complaint on March 4, 2010.  Defendant AT&T Corp. was served with the complaint.

WHEREAS, upon request by counsel for Defendant AT&T Corp., the parties have conferred and agreed to extend the time for Defendant AT&T Corp. to answer or otherwise respond to the complaint.

STIP. & [PROPOSED] ORDER TO CONT. TIME FOR AT&T'S RESPONSE TO COMPLAINT;
CASE NO. 10-CV-00932 (PVT)

1  NOW THEREFORE, the parties hereby agree and stipulate that Defendant AT&T Corp.'s
2  time to respond to the complaint is continued until April 16, 2010.

3  Dated: March 22, 2010                FENWICK & WEST LLP

5                                       By:  *s/Virginia K. DeMarchi*
6                                            Virginia K. DeMarchi

7  Attorneys for Plaintiffs
   YMAX CORPORATION, YMAX
   COMMUNICATIONS CORP., MAGICJACK LP,
8  TIGER JET NETWORKS, INC., and STRATUS
   TELECOMMUNICATIONS LLC

10 Dated:  March 22, 2010               PILLSBURY WINTHROP SHAW PITTMAN LLP

12                                      By:  *s/David A. Jokopin*
13                                           David A. Jokopin
                                             State Bar No. 209,950
14                                           2475 Hanover Street
                                             Palo Alto, CA  94304-1114
15                                           (650) 233-4790 (Telephone)
                                             (650) 233-4545 (Facsimile)
16                                           David.Jakopin@pillsburylaw.com

17 Attorneys for Defendant
   AT&T CORP.

19            **ATTESTATION PURSUANT TO GENERAL ORDER 45**

20    I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been
21 obtained from the other signatory.
22    I declare under penalty of perjury that the foregoing is true and correct.  Executed on
23 March 22, 2010.

24                                      By:  *s/Virginia K. DeMarchi*
25                                           Virginia K. DeMarchi

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation and finding good cause therefore, hereby orders:

1. Defendant AT&T Corp.'s time to respond to the complaint is continued until April 16, 2010.

IT IS SO ORDERED.

Dated: March 23, 2010

By: /s/ Patricia V. Trumbull
United States Magistrate Judge