UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YMAX CORPORATION, et al.,

    Plaintiffs,

    v.

AT&T INTELLECTUAL PROPERTY II, L.P.,

    Defendant.
_____/

No. C 10-0932 PJH

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Before the court is defendant AT&T's motion for extension of time to serve its infringement contentions, and plaintiffs' opposition thereto. By way of the motion, defendant seeks to extend the time in which to serve its infringement contentions until August 17, 2010.

The court hereby GRANTS defendant's motion in part. Defendant is granted until July 16, 2010, in which to serve its infringement contentions.

**IT IS SO ORDERED.**

Dated: June 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge