DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGER JET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGER JET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>Defendant-Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10 CV 00932 (PJH)<br><br>**STIPULATED SCHEDULING ORDER** |

Pursuant to the Case Management and Pretrial Order (Dkt. No. 50), plaintiffs YMax Corporation, YMax Communications Corp., magicJack LP, TigerJet Networks, Inc. and Stratus Telecommunications LLC (collectively, "YMax") and defendant AT&T Intellectual Propoerty II, L.P. ("AT&T IP") hereby stipulate to the deadlines indicated below:

| Event | Authority | Deadline |
|---|---|---|
| AT&T IP serves Patent L.R. 3-1 and 3-2 infringement contentions and documents | Court order | July 16, 2010 |
| YMax serves Patent L.R. 3-3 and 3-4 invalidity contentions and documents | Stipulated | August 30, 2010 |
| Last day to amend pleadings | Stipulated | October 1, 2010 |
| Parties exchange proposed terms for construction per Patent L.R. 4-1 | Stipulated | September 24, 2010 |
| Parties exchange preliminary claim constructions and extrinsic evidence per Patent L.R. 4-2 | Stipulated | October 22, 2010 |
| Parties file Joint Claim Construction and Prehearing Statement per Patent L.R. 4-3 | Stipulated | December 7, 2010 |
| Deadline to complete claim construction discovery per Patent L.R. 4-4 | Stipulated | January 14, 2011 |
| AT&T IP files opening claim construction brief per Patent L.R. 4-5(a) | Stipulated | January 21, 2011 |
| YMax files responsive claim construction brief per Patent L.R. 4-5(b) | Stipulated | February 18, 2011 |
| AT&T IP files reply claim construction brief per Patent L.R. 4-5(c) | Stipulated | March 11, 2011 |
| Claim Construction Tutorial | Court order | April 15, 2011 |
| Claim Construction Hearing | Court order | April 27, 2011 |

STIPULATED SCHEDULING ORDER
CASE NO. 10-CV-00932 (PJH)

| | | |
|---|---|---|
| 1 | Dated:  July 9, 2010 | By:   */s/ Darryl M. Woo* |

Darryl M. Woo (CSB No. 100513)
dwoo@fenwick.com
Virginia K. DeMarchi (CSB No. 168633)
vdemarchi@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX
COMMUNICATIONS CORP., MAGICJACK LP,
TIGER JET NETWORKS, INC. and STRATUS
TELECOMMUNICATIONS LLC

Dated:  July 9, 2010                         By:   */s/ David A. Jakopin*

David A. Jakopin (CSB No. 209950)
David.Jakopin@pillsburylaw.com
Dianne L. Sweeney (CSB No. 187198)
Dianne.Sweeney@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA  94303-1114
Telephone:  (650) 233-4500
Facsimile:  (650) 233-4545

Claudia Wilson Frost (Admitted *Pro Hac Vice*)
Claudia.Frost@pilsburylaw.com
Jeffrey L. Johnson (Admitted *Pro Hac Vice*)
Jeffrey.Johnson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin Street, Suite 2000
Houston, TX  77010
Telephone:  (713) 276-7600
Facsimile:  (713) 276-7673

Attorneys for Defendant-Counterclaimant
AT&T INTELLECTUAL PROPERTY II, L.P.

STIPULATED SCHEDULING ORDER
CASE NO. 10-CV-00932 (PJH)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Darryl M. Woo, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2010.

By: /s/ Darryl M. Woo
Darryl M. Woo

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/15/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court, Northern District of California

STIPULATED SCHEDULING ORDER
CASE NO. 10-CV-00932 (PJH)

2