DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX
COMMUNICATIONS CORP., MAGICJACK LP,
TIGERJET NETWORKS, INC., and STRATUS
TELECOMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGERJET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>Defendant-Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10 CV 00932 (PJH)<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE INITIAL MEDIATION** |

The parties respectfully request that the deadline for completion of court-sponsored initial mediation in this case be extended to October 1, 2010.  During the Case Management Conference held on June 3, 2010, the Court ordered that mediation be completed within 90 days, which would

1  be September 1, 2010. The ADR Office was unable to identify a mediator who did not have a
2  conflict of interest until July 22, 2010. Thereafter, the parties worked diligently to identify a
3  mutually agreeable date for the mediation. The mediation is currently set for September 21,
4  2010.

5  Dated: August 25, 2010          FENWICK & WEST LLP

7                                   By:  *s/Virginia K. DeMarchi*
                                         Virginia K. DeMarchi
8
                                    Attorneys for Plaintiffs-Counterdefendants
9                                   YMAX CORPORATION, YMAX
                                    COMMUNICATIONS CORP., MAGICJACK LP,
10                                  TIGERJET NETWORKS, INC., and STRATUS
                                    TELECOMMUNICATIONS LLC

12  Dated: August 25, 2010          PILLSBURY WINTHROP SHAW PITTMAN LLP

14                                   By:  *s/David A. Jakopin*
                                         David A. Jakopin
15
16                                  2475 Hanover Street
                                    Palo Alto, CA  94303-1114
17                                  Telephone:  (650) 233-4500
                                    Facsimile:  (650) 233-4545

18                                  Claudia Wilson Frost (Admitted *Pro Hac Vice*)
                                    Claudia.Frost@pillsburylaw.com
19                                  Jeffrey L. Johnson (Admitted *Pro Hac Vice*)
                                    Jeffrey.Johnson@pillsburylaw.com
20                                  PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    909 Fannin Street, Suite 2000
21                                  Houston, TX  77010
                                    Telephone:  (713) 276-7600
22                                  Facsimile:  (713) 276-7673

23                                  Attorneys for Defendant-Counterclaimant
                                    AT&T INTELLECTUAL PROPERTY II, L.P.

26            **ATTESTATION PURSUANT TO GENERAL ORDER 45**
27       I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been
28  obtained from the other signatory.

JOINT MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION                 2
CASE NO. 10-CV-00932 (PJH)

1     I declare under penalty of perjury that the foregoing is true and correct. Executed on

2 August 25, 2010.

3                                                        By: *s/Virginia K. DeMarchi*
                                                              Virginia K. DeMarchi

5 IT IS SO ORDERED.

7 DATED: 8/30/10

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA