1   CLAUDIA WILSON FROST (admitted *pro hac vice*)
      claudia.frost@pillsburylaw.com
2   JEFFREY L. JOHNSON (admitted *pro hac vice*)
      jeffrey.johnson@pillsburylaw.com
3   PILLSBURY WINTHROP SHAW PITTMAN LLP
4   909 Fannin Street, Suite 2000
    Houston, TX 77010
5   Phone:  (713) 276-7600
    Fax:  (713) 276-7373
6
7   DAVID A. JAKOPIN (SBN 209950)
      david.jakopin@pillsburylaw.com
8   DIANNE L. SWEENEY (SBN 187198)
      dianne.sweeney@pillsburylaw.com
9   PILLSBURY WINTHROP SHAW PITTMAN LLP
    2475 Hanover Street
10  Palo Alto, CA 94304
11  Phone: (650) 233-4500
    Fax:  (650) 233-4545
12
    Attorneys for Defendant
13  AT&T INTELLECTUAL PROPERTY II, L.P.

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      OAKLAND DIVISION

18  _____ )
    YMAX CORPORATION, YMAX                 )
19  COMMUNICATIONS CORP., MAGICJACK LP,    )   Case No. 4:10-CV-00932 (PJH)
    TIGER JET NETWORKS, INC. and STRATUS   )
20  TELECOMMUNICATIONS LLC,                )
                                           )
21          *Plaintiffs-Counterdefendants*, )
                                           )   [PROPOSED] ORDER RE JOINT
22  v.                                     )   MOTION FOR EXTENSION OF
                                           )   DEADLINE TO FILE PATENT LOCAL
23  AT&T INTELLECTUAL PROPERTY II, L.P.,   )   RULE 4-3 JOINT CLAIM
                                           )   CONSTRUCTION STATEMENT
24          *Defendant-Counterclaimant*     )
                                           )
25  _____ )
                                           )
26  AND RELATED COUNTERCLAIMS.             )
    _____ )
27

28

1    On this day came for consideration the Parties Joint Motion for Extension of

2  Deadline to File Patent Local Rule 4-3 Joint Claim Construction Statement, and the Court

3  being of the opinion that the same should be GRANTED.

4    IT IS THEREFORE ORDERED that the claim construction deadlines be extended

5  as follows:

| Event | Current Date | Proposed Date |
|-------|-------------|---------------|
| Joint Claim Construction Statement | December 7, 2010 | December 9, 2010 |

10  **IT IS SO ORDERED.**

12  Dated: __ 12/9/10_____

    _____
    The Honorable Phyllis J. Hamilton
    United States District Court
    Northern District of California