1  CLAUDIA WILSON FROST (admitted *pro hac vice*)
     claudia.frost@pillsburylaw.com
2  JEFFREY L. JOHNSON (admitted *pro hac vice*)
     jeffrey.johnson@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   909 Fannin St., Suite 2000
4  Houston, TX 77010
   Telephone: (713) 276-7600
5  Facsimile: (713) 276-7673

6  DAVID A. JAKOPIN (SBN 209950)
     david.jakopin@pillsburylaw.com
7  DIANNE L. SWEENEY (SBN 187198)
     dianne.sweeney@pillsburylaw.com
8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2475 Hanover Street
9  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
10 Facsimile: (650) 233-4545

11 Attorneys for Defendant
12 AT&T INTELLECTUAL PROPERTY II, L.P.

13            IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       OAKLAND DIVISION

16

17 YMAX CORPORATION, YMAX              ) Case No. 4:10-cv-00932 PJH *JCS*
   COMMUNICATIONS CORP.,               )
18 MAGICJACK LP, TIGER JET              ) **JOINT STIPULATION TO EXTEND**
   NETWORKS, INC. and STRATUS           ) **DEADLINE TO FILE AMENDED**
19 TELECOMMUNICATIONS LLC,             ) **PROTECTIVE ORDER**
20                                      )
                  Plaintiffs,           )
21                                      )
   v.                                   )
22                                      )
                                        ) Courtroom:  A, 15th Floor
23 AT&T INTELLECTUAL PROPERTY II,       ) Judge:      Hon. Joseph C. Spero
   L.P.                                 )
24                                      )
                  Defendant.            )
25                                      )
                                        )
26 AND RELATED COUNTERCLAIMS.           )
27                                      )

28

The parties hereby stipulate and request that the deadline for submission of the amended protective order ("Protective Order") be extended up to and until Wednesday, January 19, 2011. During the hearing held on January 7, 2011, the Court ordered that the Protective Order be submitted by January 14, 2011. While the parties have worked diligently on the Protective Order and have nearly completed the revisions to the proposed order, the document is not yet complete. Both parties believe that two additional court days will allow the parties to resolve their remaining differences and jointly submit a Protective Order to this Court next week. While the parties anticipate resolving this matter without further guidance from this Court, in the event the parties cannot resolve their differences, they will submit their alternative proposed Protective Order on January 19, 2011. This short extension will not impact other deadlines set by the Court.

Based on the foregoing, the parties respectfully request the deadline to file an amended protective order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| File Amended Protective Order | January 14, 2011 | January 19, 2011 |

For these reasons, the parties respectfully request that the Court extend the deadline for submission of the Protective Order as set forth above.

///

///

///

///

JOINT STIPULATION TO EXTEND DEADLINE
TO FILE AMENDED PROTECTIVE ORDER
Case No. 4:10-CV-00932 PJH

Dated: January 14, 2011

| For Plaintiff: | For Defendant: |
|---|---|
| By: /s/ Saina S. Shamilov | By: /s/ Jeffrey J. Johnson |
| | |
| FENWICK & WEST LLP | PILLSBURY WINTHROP SHAW PITTMAN |
| | |
| DARRYL M. WOO (CSB NO. 100513)<br>dwoo@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB NO. 168633)<br>vdemarchi@fenwick.com<br>SAINA S. SHAMILOV (CSB NO. 215636)<br>sshamilov@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 | CLAUDIA WILSON FROST (admitted *pro hac vice*)<br>Claudia.Frost@pillsburylaw.com<br>JEFFREY L. JOHNSON (admitted *pro hac vice*)<br>Jeffrey.Johnson@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>909 Fannin St., Suite 2000<br>Houston, TX 77010<br>Telephone: (713) 276-7600<br>Facsimile: (713) 276-7673 |
| Attorneys for Plaintiffs-Counterdefendants YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGERJET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC | DAVID A. JAKOPIN (SBN 209950)<br>David.Jakopin@pillsburylaw.com<br>DIANNE L. SWEENEY (SBN 187198)<br>Dianne.Sweeney@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Defendant AT&T INTELLECTUAL PROPERTY II, L.P. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jeffery Johnson, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Jeffrey J. Johnson

**BASED ON THE STIPULATION, IT IS SO ORDERED.**

Dated: 1/19/11

By: _____
Magistrate Judge Joseph C. Spero

JOINT STIPULATION TO EXTEND DEADLINE
TO FILE AMENDED PROTECTIVE ORDER
Case No. 4:10-CV-00932 PJH