1  CLAUDIA WILSON FROST (admitted *pro hac vice*)
     claudia.frost@pillsburylaw.com
2  JEFFREY L. JOHNSON (admitted *pro hac vice*)
     jeffrey.johnson@pillsburylaw.com
3  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   909 Fannin Street, Suite 2000
4  Houston, TX 77010
   Phone:  (713) 276-7600
5  Fax:  (713) 276-7373

6  DAVID A. JAKOPIN (CSB No. 209950)
     david.jakopin@pillsburylaw.com
7  DIANNE L. SWEENEY (CSB No. 187198)
     dianne.sweeney@pillsburylaw.com
8  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   2475 Hanover Street
9  Palo Alto, CA 94304
   Phone: (650) 233-4500
10 Fax:  (650) 233-4545

11 Attorneys for Defendant AT&T
   INTELLECTUAL PROPERTY II, L.P.
12

13                 IN THE UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16

17  YMAX CORPORATION, YMAX
    COMMUNICATIONS CORP.,              Case No. 4:10-cv-932-PJH (EMC)
18  MAGICJACK LP, TIGER JET
    NETWORKS, INC. and STRATUS
19  TELECOMMUNICATIONS LLC,           **JOINT STIPULATION AND [PROPOSED]**
                                       **ORDER TO HAVE THE SETTLEMENT**
20                  Plaintiffs,        **CONFERENCE RESET TO APRIL 5, 2011**

21  v.

22  AT&T INTELLECTUAL PROPERTY II,
    L.P.
23
                     Defendant.
24

25  AND RELATED COUNTERCLAIMS.

26

27

28

1  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

2  Pursuant to the Court's January 13, 2011 Settlement Conference Order, a Settlement Conference was scheduled with Magistrate Judge Edward M. Chen for March 17, 2011. Plaintiffs YMax Corporation, YMax Communications Corp., magicJack LP, Tiger Jet Networks, Inc. and Stratus Telecommunications LLC (collectively, "YMax") and Defendant AT&T Intellectual Property II, L.P. ("AT&T IP") have met and conferred and agreed that neither party is available for a conference on that date. After inquiry with the Court, the Parties have agreed and hereby stipulate to a Settlement Conference date of April 5, 2011.

Accordingly, the Parties respectfully request that the Court reset the Settlement Conference to April 5, 2011.

Dated: February 9, 2011

By: */s/ Virginia K. DeMarchi*    By: */s/ Jeffrey L. Johnson*

| | |
|---|---|
| DARRYL M. WOO (CSB No. 100513)<br>  dwoo@fenwick.com<br>VIRGINIA K. DEMARCHI (CSB No 168633)<br>  vdemarchi@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>  sshamilov@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Plaintiffs-Counterdefendants<br>YMAX CORPORATION, YMAX<br>COMMUNICATIONS CORP.,<br>MAGICJACK LP, TIGER JET<br>NETWORKS, INC., and STRATUS<br>TELECOMMUNICATIONS LLC | CLAUDIA WILSON FROST (admitted *pro hac vice*)<br>  Claudia.Frost@pillsburylaw.com<br>JEFFREY L. JOHNSON (admitted *pro hac vice*)<br>  Jeffrey.Johnson@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>909 Fannin St., Suite 2000<br>Houston, TX 77010<br>Telephone: (713) 276-7600<br>Facsimile: (713) 276-7673<br><br>DAVID A. JAKOPIN (CSB No. 209950)<br>  David.Jakopin@pillsburylaw.com<br>DIANNE L. SWEENEY (CSB No. 187198)<br>  Dianne.Sweeney@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Defendant AT&T INTELLECTUAL PROPERTY II, L.P. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jeffery L. Johnson, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Jeffrey L. Johnson*
Jeffrey L. Johnson

**BASED ON THE STIPULATION, IT IS SO ORDERED.** Settlement Conference statements shall be lodged with Judge Chen's Chambers by hard copy only by March 22, 2011.

Dated:  February 10, 2011          By: _____
The Honorable Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen