UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YMAX CORPORATION ET AL, | Case No.  C10-00932 PJH ( JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING WITHOUT PREFACE JOINT LETTER RE: YMAX'S MOTION TO COMPEL DISCOVERY [Docket No. 140]** |
| AT&T CORP, | |
| Defendant(s). | |

In light of the pending settlement, IT IS HEREBY ORDERED that the Joint Discovery Letter concerning Ymax's Motion to Compel Discovery is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  April 8, 2011

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California