DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiffs-Counterdefendants
YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGERJET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX CORPORATION, YMAX COMMUNICATIONS CORP., MAGICJACK LP, TIGERJET NETWORKS, INC., and STRATUS TELECOMMUNICATIONS LLC, <br><br> Plaintiffs-Counterdefendants, <br><br> v. <br><br> AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Defendant-Counterclaimant. | Case No. 10 CV 00932 PJH (JCS) <br><br> **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION** |
| AND RELATED COUNTERCLAIMS. | |

1  CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal the entire
2  action, and the Court being of the opinion that said motion should be GRANTED, it is hereby
3  ORDERED, ADJUDGED AND DECREED that the entire case is hereby dismissed with
4  prejudice, with the exception of YMax's defenses to patent infringement, which are dismissed
5  without prejudice.
6  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that
7  incurred them.

9  **IT IS SO ORDERED**

11  Dated: __June 23_____, 2011    _____



[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION    1
CASE NO. 10-CV-00932 PJH (JCS)